```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAWRENCE YOUNG, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                       Plaintiff,

-against-

ADELPHI HOTEL MT MM LLC AND
ADELPHI HOTEL PARTNERS, LLC,

                       Defendants.
-------------------------------------------------------------X

19-cv-3130 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on August 8, 2019 (Dkt. 11), the parties notified the Court that they had reached an agreement in principle resolving all issues; and

WHEREAS on August 9, 2019 (Dkt. 12), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on September 9, 2019 unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

WHEREAS no party has filed a letter requesting that this action not be dismissed,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

Date: October 9, 2019
New York, New York

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**